JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| WILLIAM HARRIS,<br><br>    Plaintiff,<br><br>        v.<br><br>COUNTY OF RIVERSIDE, et al.,<br><br>    Defendants. | Case No. 5:19-cv-00692-ODW (JDE)<br><br>JUDGMENT |

Pursuant to the Order of Dismissal,

IT IS HEREBY ADJUDGED that this action is dismissed without prejudice.

Dated: September 23, 2020

_____
OTIS D. WRIGHT, II
United States District Judge